UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DARREN FELIX,

                                          Plaintiff,

            -against-

THE CITY OF NEW YORK, and JOSE MORALES,

                                          Defendants.

**DECLARATION OF MICHAEL CHESTNOV**

13 Civ. 3079 (ALC)(JCF)

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that, upon the Declaration of Michael Chestnov dated January 10, 2014, and the exhibits annexed thereto, the memorandum of law dated January 10, 2014, and upon all prior pleadings and proceedings herein, defendants City of New York and Det. Jose Morales will move this Court before the Honorable Andrew L. Carter, Jr., United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for dismissal of the complaint with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that plaintiff has failed to state a claim against defendants.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Honorable Andrew L. Carter, Jr., plaintiff's opposition papers, if any, should be served on the undersigned no later than February 10, 2014, and

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Honorable Andrew L. Carter, Jr., defendants' reply papers, if any, shall be served on plaintiff by February 24, 2014.


Dated:   New York, New York
         January 10, 2014

                                          /s
                                   MICHAEL CHESTNOV

Index No. 13 Civ. 3079 (ALC)(JCF)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| DARREN FELIX,<br><br>                                                                 Plaintiff,<br><br>                        -against-<br><br>CITY OF NEW YORK, *et al.*,<br><br>                                                                 Defendants. |
| **NOTICE OF MOTION** |
| *JEFFREY D. FRIEDLANDER*<br>*Acting Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street*<br>*New York, New York  10007*<br><br>*Of Counsel:  Michael Chestnov*<br>*                    Linda Donahue*<br>*                    Alison G. Moe*<br>*Tel:  (212) 356-3529*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y........................................................................................ , 200...*<br><br>*.................................................................................................... Esq.*<br><br>*Attorney for............................................................................................* |