

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | PATRICK BEATH<br>*Assistant Corporation Counsel*<br>(212) 356-2656<br>(212) 788-9776 (fax)<br>pbeath@law.nyc.gov |

March 27, 2014

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  <u>Darren Felix v. The City of New York, et al.</u>, 13 Civ. 3079 (ALC)(JCF)

Your Honor:

   I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and one of the attorneys representing defendants City of New York and Morales in the above-referenced matter.  I write on behalf of all parties to inform the Court that a settlement agreement in principle has been reached in this matter, and the parties are in the process of negotiating certain settlement terms and reducing their agreement to writing.  In the event that the parties are ultimately unable to agree upon settlement terms, and the case is not resolved, the parties will promptly file a letter with the Court informing Your Honor of such.  Defendants respectfully request that they be granted seven days from the filing of such a letter to file their reply memorandum of law in further support of their motion to dismiss the complaint.

   The parties will inform the Court by no later than April 15, 2014 as to the status of settlement discussions and/or the pending motion to dismiss.  Defendants thank the Court for its time and consideration herein.

                Respectfully submitted,

                 /s/

                Patrick Beath
                Assistant Corporation Counsel

cc: Joel Rudin, Esq. (By ECF)
   Terri Rosenblatt, Esq. (By ECF)
   *Attorneys for plaintiff*