Carter, a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

DARREN FELIX,

                                 Plaintiff,

-against-

THE CITY OF NEW YORK and JOSE MORALES,

                               Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND
ORDER OF DISMISSAL**

13 Civ. 3079 (ALC)

         **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

         **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

         1.      The above-referenced action is hereby dismissed with prejudice; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-22-14

2.     Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

LAW OFFICES OF JOEL B. RUDIN
*Attorneys for Plaintiff*
200 West 57th Street, Suite 900
New York, New York 10019
(212) 752-7600

By: _____
          Joel B. Rudin

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City and Morales*
100 Church Street, Rm. 3-208
New York, New York 10007

By: _____
          Patrick Beath
          *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          April 22 , 2014